UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 2 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ESTRADA-LOPEZ (1),<br><br>Defendant. | CASE NO. 15CR0770-H<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

**X** **the Court has granted the motion of the Government for dismissal, without prejudice**; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or

__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

**X** **of the offenses as charged in the Indictment:**

31 U.S.C. 5332(a) and (b); 31 U.S.C. 5332(b)(2):
Bulk Cash Smuggling; Criminal Forfeiture

31 U.S.C. 5316(a)(1) and 5324(c); 31 U.S.C. 5317(c):
Failure to File Reports on Exporting Monetary Instruments; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/28/15

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE